UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | )  | |
|---|---|---|
| ARNITA LOUISE MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:15-CV-172-FL |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order to show cause entered June 2, 2015, that this case is dismissed with prejudice.

**This Judgment Filed and Entered on June 22, 2015, and Copies To:**
Gary Malcolm Ballance (via CM/ECF Notice of Electronic Filing)


June 22, 2015                 JULIE RICHARDS JOHNSTON, CLERK
                                         /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk